# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00387-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PABLO HERNANDEZ-DIAZ,

    Defendant.

---

# MINUTE ORDER[1]

---

On November 14, 2011, the parties appeared in chambers to obtain a new date for the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **November 30, 2011**, commencing at 10:00 a.m., the court shall conduct a change of plea hearing in this matter;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for November 8, 2011, is **VACATED**.

    Dated: November 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.